THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE PETER REEH, Appellant.

Argued October 20, 1949; decided November 23, 1949.

*Benjamin Levin, Alfred Norick* and *Irving Dolen* for appellant.
*Frank S. Hogan, District Attorney (Whitman Knapp* and *Edwin C. Hoyt, Jr.,* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.